Entered: April 15, 2013
Signed: April 12, 2013
**SO ORDERED**
**This amended order is being entered solely to attach Exhibit A, which was not attached to the prior order.**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>FPI LIQUIDATION CORP.,<br><br>Debtor. | (Chapter 11)<br><br>Case No. 11-10338 (RAG) |

### AMENDED ORDER GRANTING AND SUSTAINING FPI LIQUIDATING TRUST'S EIGHTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS

Upon consideration of the *FPI Liquidating Trust's Eighth Omnibus Objection to Certain Duplicate Claims* (the "Objection");[1] and the Court having reviewed the Objection and all pleadings related thereto, including the Pugh Declaration; and the Court finding good and sufficient cause for granting the relief requested in the Objection; and after proper notice and opportunity to respond to the Objection; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finding that the relief requested in the Objection is in the best interests of the Debtor and its estate; and after due

---

[1] All capitalized terms not otherwise defined herein shall have the meaning given them in the Objection.

deliberation, and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

    1.    The Objection is SUSTAINED .

    2.    The Duplicative Claims listed on Exhibit A attached hereto are hereby disallowed and expunged in their entirety.

    3.    The Trust is hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

**END OF ORDER**

# EXHIBIT A

**Frank Parsons, Inc.**
**Debtor's Eigth Omnibus Objection**
**Exhibit A - Duplicate Claims**

| Name of Claimant | Duplicate Claim to be Expunged | | Surviving Claim | | Reason for Disallowance |
|---|---|---|---|---|---|
| | Number | Amount | Number | Amount | |
| Export Development Canada<br>c/o Blakeley & Blakeley LLP<br>2 Park Plaza, Suite 400<br>Irvine, CA 92614 | 237-1 | - (S)<br>- (A)<br>- (P)<br>$590,917.02 - (U)<br>$590,917.02 - (T) | 234-1 | - (S)<br>- (A)<br>- (P)<br>$590,917.02 - (U)<br>$590,917.02 - (T) | Duplicate of 234-1, listed in the Surviving Claim column |
| Parsons Family/Trust<br>Michael L. Parsons<br>99 Monticello Ave.<br>Annapolis, MD 21401 | 137-1 | - (S)<br>- (A)<br>- (P)<br>$35,322.18 - (U)<br>$35,322.18 - (T) | 220-1 | - (S)<br>- (A)<br>- (P)<br>$35,322.18 - (U)<br>$35,322.18 - (T) | Duplicate of 220-1, listed in the Surviving Claim column |

**Total Claims to be Disallowed:** 2
**Total Amount to be Disallowed:** $ 626,239.20

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed