Entered: April 29, 2013
Signed: April 26, 2013
**SO ORDERED**



_____
**ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>FPI LIQUIDATION CORP.,<br><br>     Debtor. | (Chapter 11)<br><br>Case No. 11-10338 (RAG) |

### ORDER GRANTING AND SUSTAINING FPI LIQUIDATING TRUST'S OBJECTION TO CLAIM 103 FILED BY JOHN R. REDMOND, JR.

Upon consideration of the *FPI Liquidating Trust's Objection to Claim 103 Filed by John R. Redmond, Jr.* (the "Objection");[1] and the Court having reviewed the Objection and all pleadings related thereto, including the Pugh Declaration; and the Court finding good and sufficient cause for granting the relief requested in the Objection; and after proper notice and opportunity to respond to the Objection; and the Claimant having filed an amended claim docketed as claim 256-1 ("Claim 256-1") , amending Claim 103 in the amount and priority requested by the Trust in the Objection; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finding that the relief requested

---

[1] All capitalized terms not otherwise defined herein shall have the meaning given them in the Objection.

in the Objection, as modified herein, is in the best interests of the Debtor and its estate; and after due deliberation, and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Objection is GRANTED as modified herein.

2. Claim 103 is disallowed as amended by Claim 256-1.

3. Claim 256-1 is deemed allowed as a general unsecured claim in the amount of $367,027.82.

4. The Trust is hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The Trust's rights to amend, modify, or supplement the Objection, and to file additional objections to the claims affected by the Objection or to any other claims (filed or not) that may be asserted against the Debtor are preserved.

6. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters.

7. The Court retains jurisdiction with respect to all matters related to or arising from the enforcement or the implementation of this Order.

**End of Order**