Entered: June 10, 2013
Signed: June 07, 2013
**SO ORDERED**



_____
**ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>FPI LIQUIDATION CORP.,<br><br>Debtor. | (Chapter 11)<br><br>Case No. 11-10338 (RAG) |

### ORDER FURTHER EXTENDING THE PERIOD
### FOR FILING OBJECTIONS TO CLAIMS

Upon the Motion[1] of the Trust in the above-captioned post-confirmation Chapter 11 case for entry of an order extending the period within which the Trust may object to claims filed in the Chapter 11 Case; and it appearing that the relief sought in the Motion and the entry of this Order is appropriate; and it appearing that the relief sought in the Motion is reasonable and in the best interests of the Trust, the Debtor's estate, and its creditors; and no adverse interest being represented; and sufficient cause appearing therefore, and upon due deliberation given:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Claims Objection Deadline is enlarged and extended through and including September 23, 2013.

2. This Order is without prejudice to the Trust's right to seek further extensions of the Claims Objection Deadline; and it is further

3. This Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

**End of Order**