**DENIED**
**FPI Liquidating Trust's Expedited Motion for Entry of Bridge Order in Connection with FPI Liquidating Trust's Third Motion for Order Extending the Period for Filing Objections to Claims (Dkt. No. 1011) is denied as moot.**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>FPI LIQUIDATION CORP.,<br><br>              Debtor. | (Chapter 11)<br><br>Case No. 11-10338 (RAG) |

**BRIDGE ORDER GRANTING**
**FPI LIQUIDATING TRUST'S EXPEDITED MOTION FOR**
**ENTRY OF BRIDGE ORDER IN CONNECTION WITH**
**FPI LIQUIDATING TRUST'S THIRD MOTION FOR ORDER**
**EXTENDING THE PERIOD FOR FILING OBJECTIONS TO CLAIMS**

Upon consideration of the *FPI Liquidating Trust's Expedited Motion for Entry of Bridge Order in Connection with FPI Liquidating Trust's Third Motion for Order Extending the Period for Filing Objections to Claims* (the "Bridge Motion"); and it appearing that the relief sought in the Bridge Motion and the entry of this Order is appropriate; and it appearing that the relief sought in the Bridge Motion is reasonable and in the best interests of the Debtor,[1] its estate, and its creditors; and no adverse interest being represented; and sufficient cause appearing therefore, and upon due deliberation given:

IT IS HEREBY ORDERED THAT:

---
[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Bridge Motion.

1. The Bridge Motion is granted; and it is further

2. The Claims Objection Deadline is hereby extended from May 24, 2013, through and including three (3) business days after the Court enters an order ruling on the merits of the Third Extension Motion.

**End of Order**



2